Noyes F. Waterman v. George E. Hall. Roosevelt Road and St. Louis Building Corporation, appellant, v. Ben M. Smith and Frederick L. Fake, appellees. Gen. No. 36,301.

Opinion filed May 23, 1933.
Cutting, Moore & Sidley, for appellant; Nathan G. Moore, James F. Oates, Jr., and Edward B. Hayes, of counsel. Ben M. Smith and Frederick L. Fake, pro se.
Mr. Justice Sullivan delivered the opinion of the court.

Albert Gartner and Lizzie Gartner, appellees, v. Albert W. Seidel and Guy L. Wagoner, appellants. Gen. No. 36,347.

Opinion filed May 23, 1933.
Bryant, Roberts, Hwass & Lewe, for appellants. Maximilian J. St. George, for appellees.
Mr. Justice Sullivan delivered the opinion of the court.

West Side Trust & Savings Bank, as trustee, appellant, v. David Bronston, appellee. Gen. No. 36,365.

Opinion filed May 23, 1933.
John M. Lee and Earl V. Brown, for appellant. No appearance for appellee.
Mr. Justice Sullivan delivered the opinion of the court.

Bertha E. Johnston, appellee, v. City of Chicago, appellant. Gen. No. 36,374.

Opinion filed May 23, 1933.
William H. Sexton, Corporation Counsel, and Alexander M. Smietanka, City Attorney, for appellant; Samuel Allen, First Assistant City Attorney, and Carl J. Appell, Assistant Corporation Counsel, of counsel. Charles M. McDonnell, for appellee; Roy S. Gaskill, of counsel.
Mr. Justice Sullivan delivered the opinion of the court.